**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

January 26, 2023

**<u>LETTER ORDER</u>**

**Re:** **<u>DePack v. Day, et al.</u>**
**Civil Action No. 22-6054 (WJM)**

Dear Mr. DePack and Counsel,

The Court is in receipt of a motion by Plaintiff seeking the entry of a default judgment against Defendants in this matter. *See* Dkt. No. 18. Because Defendants have not yet been properly served with process in this matter [*see* Dkt. No. 15], Plaintiff's motion for the entry of a default judgment [Dkt. No. 18] is premature and is therefore **DENIED**.

**IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                             **JAMES B. CLARK, III**
                                                             **United States Magistrate Judge**